BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 5265 CRAWFORD AVENUE, REEDLEY, FRESNO COUNTY CALIFORNIA, APN:373-020-85, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | Case No. 1:12-CV-01604-GSA<br><br>ORDER REGARDING JOINT STIPULATION TO CONTINUE SCHEDULING ORDER |

The United States and Claimant Elisa Sanchez, as Successor Trustee of the Jose Iraizoz Family Trust, by and through their attorneys of record, hereby move for a continuance of the discovery and disclosure dates currently set forth in the Court's Scheduling Order. (ECF No. 17).

The parties jointly agree that to facilitate and complete full discovery and disclosure of said discovery, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended approximately five (5) months;

Additionally, on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited

Stipulation to Continue Scheduling Conference Order Dates;        1
Order

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases. Indeed, the Assistant U.S. Attorney assigned to this matter, AUSA Jeffrey A. Spivak, is furloughed until appropriations to the Justice Department are restored. Moreover, due to the lapse of appropriations, funding is unavailable for the necessary depositions and other necessary avenues of discovery.

The parties hereby stipulate and propose that the dates set forth in the Court's Scheduling Order (ECF No. 17) should be changed to the following dates:

| Scheduling Order Date | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | October 8, 2013 | February 7, 2014 |
| Expert Disclosure | November 26, 2013 | March 7 , 2014 |
| Supplemental Expert Disclosure | December 10, 2013 | March 21, 2014 |
| Expert Discovery Cutoff | January 7, 2014 | April 11, 2014 |
| Non-Dispositive Motion Filing | March 7, 2014 | May 8, 2014 |
| Dispositive Motion Filing | May 8, 2014 | June 19, 2014 |
| Pre-Trial Conference Date | July 11, 2014 | August 1, 2014 |
| Court Trial Date | September 9, 2014 | No change |

DATED: October 8, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

 /s/ Heather Mardel Jones for
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED: October 8, 2013

 /s/ Nicholas A. Capozzi
NICHOLAS A. CAPOZZI
Attorney for Claimant Elisa Sanchez,
Successor Trustee of the Jose Iraizoz Family
Trust

///
///
///

**ORDER**

The new deadlines outlined in the above stipulation are adopted except the pretrial and trial dates are modified accordingly. The pretrial conference will be held on **August 15, 2014** at 11:00 a.m. The trial will be held on **October 28, 2014** at 9:00 a.m. All other orders contained in this Court's scheduling order issued on February 6, 2013, remain in full force and effect. (Doc. 17).

IT IS SO ORDERED.

Dated: __**October 9, 2013**__         _____/s/ Gary S. Austin_____
                                         UNITED STATES MAGISTRATE JUDGE