```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
5  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 5265 CRAWFORD AVENUE, REEDLEY, FRESNO COUNTY CALIFORNIA, APN:373-020-85, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 1:12-CV-01604-LJO-GSA<br><br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY; ORDER THEREON** |

CLAIMANT Elisa Sanchez and PLAINTIFF United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are continuing to productively discuss and evaluate settlement options in this case.

3. For reasons of efficiency and judicial economy, the parties are requesting an extension of the non-expert discovery date set out in the Order Continuing Scheduling Order.

4. The parties hereby stipulate and agree that the non-expert discovery deadline can be continued from February 7, 2014 and consolidated with the expert discovery deadline of April 11, 2014.  All other discovery deadlines and other dates, as set forth in the Order

Stipulation and Order Extending Non-Expert Discovery Deadline      1

issued October 9, 2013 (CD# 22) remain unaffected by this stipulation including the August 15, 2014, pretrial hearing date and the October 28, 2014, trial date.

Dated: December 16, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: December 16, 2013

/s/ Nicholas A. Capozzi
NICHOLAS A. CAPOZZI
Attorney for CLAIMANT
Elisa Sanchez
Successor Trustee of the Jose Iraizoz Family Trust

## ORDER

Based on the parties' stipulation set forth above, the Non-Expert discovery deadline presently applicable in this matter is continued from February 7, 2014 and consolidated with the Expert discovery deadline of April 11, 2014.  All other discovery deadlines and dates set forth in this Court's Order dated October 9, 2013 (Doc. 22) remain in full force and effect, including the August 15, 2014 pretrial hearing date and the October 28, 2014 trial date.

IT IS SO ORDERED.

Dated:   **January 2, 2014**          /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE