IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 5265 CRAWFORD AVENUE, CALIFORNIA, APN: 373-020-85, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>             Defendant. | CASE NO.  1:12-CV-01604-GSA<br><br>**ORDER VACATING FINAL JUDGMENT OF FORFEITURE INADVERTENTLY ENTERED BY JUDGE NO LONGER ASSIGNED TO MATTER** |

On June 5, 2014, counsel for the United States submitted to the undersigned a Proposed Order re Final Judgment of Forfeiture bearing the case number 1:12-CV-01604-LJO-GSA. Doc. 25. The undersigned reviewed and approved the proposed order, which was signed and docketed on June 6, 2014. Doc. 27. Subsequently, it came to the Court's attention that the parties previously consented to the jurisdiction of the assigned Magistrate Judge, so the correct case number is actually 1:12-CV-01604-GSA. As the undersigned is not assigned to this matter, the June 6, 2014 Final Judgment of Forfeiture is VACATED. The proposed order has been forwarded to the assigned Magistrate Judge for consideration.

IT IS SO ORDERED.

    Dated:   **June 12, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture                                      1